B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Massachusetts

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Northern Berkshire Healthcare, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| FDBA Northern Berkshire Health Systems, Inc. | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|
| 22-2563466 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 71 Hospital Avenue<br>North Adams, MA           ZIP Code: 01247 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Berkshire | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Northern Berkshire Healthcare, Inc.** | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Northern Berkshire Healthcare, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)
**Steven T. Hoort**
Printed Name of Attorney for Debtor(s)
**Ropes & Gray LLP**
Firm Name
**Prudential Tower**
**800 Boylston Street**
**Boston, MA 02199-3600**
Address

**617-951-7000  Fax: 617-951-7050**
Telephone Number
6/13/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed William F. Frado, Jr.]*
Signature of Authorized Individual
**William F. Frado, Jr.**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
6/13/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**RESOLUTIONS OF THE BOARD OF TRUSTEES (THE "BOARD")
OF NORTHERN BERKSHIRE HEALTHCARE, INC. (THE "CORPORATION")**

BE IT RESOLVED by vote of the Board on this 26th day of May, 2011 that:

WHEREAS: The Board has considered the business and financial condition and results of operations of the Corporation, on the date hereof, including the assets and liabilities of the Corporation;

WHEREAS: The Board has been presented with a chapter 11 plan of reorganization for the Corporation (the "Plan"); and

WHEREAS: The Board has reviewed, considered, and received the recommendations of the senior management and legal, financial, and other advisors of the Corporation as to the relative risks and benefits of (a) pursuing bankruptcy proceedings under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), (b) pursuing confirmation of the Plan, and (c) pursuing a termination of the Corporation's defined benefit pension plan (the "Pension Plan").

NOW, THEREFORE, it is hereby resolved:

**Authorization for Filing a Voluntary Petition Under
Chapter 11 of the Bankruptcy Code and Related Matters**

RESOLVED: That in the judgment of the Board, it is desirable and in the best interests of the Corporation and its creditors and other parties in interest that the Corporation commence a bankruptcy proceeding (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") on or after June 6, 2011;

RESOLVED: That the Board approves the Plan in substantially the form presented to the Board, with such changes as deemed necessary or appropriate by any member of the Reorganization Subcommittee of the Board[1] (the "Subcommittee"), the Chief Executive Officer of the Corporation, or the Chief Financial Officer of the Corporation (together, the "Authorized Persons");

RESOLVED: That the Authorized Persons be, and they are, and each of them acting singly is, hereby authorized and directed, in the name of and on behalf of the Corporation, to execute and verify the Petition under chapter 11 of the Bankruptcy Code and the Plan, and to cause the same to be filed in the

---

[1] As of the date hereof, the members of the Subcommittee are trustees Dr. Arthur Turton, William Frado, Richard Jette, and Bruce Grinnell.

Bankruptcy Court at such time as the Authorized Person executing the Petition and the Plan shall determine;

RESOLVED: That the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to execute and file, in the name of and on behalf of the Corporation, the Petition, the Plan, schedules, lists, and other motions, papers, or documents, and to take any and all action that such Authorized Person or Authorized Persons deem necessary or proper, in connection with the Chapter 11 Case;

### Termination of Pension Plan

RESOLVED: That the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed, in the name of and on behalf of the Corporation, to execute and deliver any pleading, paper, or document to the Bankruptcy Court, the Pension Benefit Guarantee Corporation, or any other person or entity necessary or appropriate to terminate the Pension Plan at such time as the Authorized Person shall determine and to take any and all actions that such Authorized Person or Authorized Persons deem necessary or proper in connection with terminating the Pension Plan;

### Chapter 11 Professionals

RESOLVED: That the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to employ and retain the law firm of Ropes & Gray LLP as bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons, and they are, and each of them acting singly is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Ropes & Gray LLP;

RESOLVED: That the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to employ and retain the firm of Carl Marks Advisory Group LLC, as financial advisors to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Carl Marks Advisory Group LLC;

## General Authority

RESOLVED: That, in addition to the specific authorizations previously conferred herein upon the Authorized Persons, any Authorized Persons hereby be, and they are, and each of them acting singly is, authorized and directed, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, execute and deliver the Petition and any and all such agreements, pleadings, and other documents or papers, and pay all expenses, including filing fees, in each case as in such Authorized Person's or Authorized Persons' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

RESOLVED: That all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Corporation, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted by the Board, are hereby in all respects approved and ratified.

Executed and Witnessed this 26th day of May, 2011 by a binding vote of the Board.

_____    _____
Signature of Board Secretary                Witness

BRYON M SHERMAN                    Jonathan C Cluett
_____    _____
Name of Board Secretary                 Name of Witness

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
**In re**                                 :    **Chapter 11**
                                          :
**NORTHERN BERKSHIRE**                    :    **Case No. 11-_____ (        )**
**HEALTHCARE, INC.,**                     :
                                          :
           **Debtor.**                    :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE OWNERSHIP STATEMENT**

Northern Berkshire Healthcare, Inc. ("NBH"), pursuant to rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules"), respectfully represents and sets forth as follows:

1.  NBH is a nonprofit corporation formed pursuant to chapter 180 of the Massachusetts General Laws and therefore (i) cannot issue any equity securities and (ii) has not issued any equity securities.

2.  Accordingly, there are no entities to report pursuant to rule 1007(a)(1) of the Bankruptcy Rules.

25245390_6

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

In re  <u>Northern Berkshire Healthcare, Inc.</u>,  Case No. 11-_____
       Debtor

                                               Chapter 11

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the creditors holding the 30 largest unsecured claims against the debtor and its affiliated debtors in chapter 11 (on a consolidated basis). The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

26932341_2

In re    Northern Berkshire Healthcare, Inc.,
        Debtor                                           Case No. 11- _____

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US Bank Corporate Trust Boston | US Bank Corporate Trust Boston<br>Attn: Robert C.Butzier<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>617-603-6430<br><br>and<br><br>Nixon Peabody LLP<br>Attn: Richard C. Pedone<br>100 Summer Street, Boston, Massachusetts 02110<br>617-345-1000 | Bond | Contingent, unliquidated, disputed | $29,680,000<br><br>Amount of security: Unknown |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Attn: Daniel J. Hudson<br>Attn: Suzanne Kelly<br>1200 K Street NW<br>Washington, DC 200005-4026<br>202-326-4000 x 3158 | Pension | Contingent, unliquidated, disputed | $20,801,189 |
| Bank of New York Mellon Trust Co. N.A. | Bank of New York Mellon Trust Co. N.A.<br>Attn: Chi Ma<br>222 Berkeley Street, 2nd Floor<br>Boston, MA 02116-3748<br>617-536-3234 | Bond | Contingent, unliquidated, disputed | $13,585,000<br><br>Amount of security: Unknown |
| Berkshire Health Systems | Berkshire Health Systems<br>Attn: Darlene Rodowicz<br>725 North St.<br>Pittsfield, MA 01201<br>413-447-2000 | Note | | $1,855,832 |
| Wells Fargo Bank | Wells Fargo Bank<br>Attn: Gary Reavis<br>550 S. Tryon Street<br>Charlotte, NC 28202-4200<br>MAC-D1086-070<br>704-410-8496 | Swap | | $564,423.50 |
| Depuy Orthopaedics, Inc. | Depuy Orthopaedics, Inc.<br>Attn: Joyce Keyes<br>P.O. BOX 988<br>700 Orthopedic Drive<br>Warsaw, IN 46581-0988<br>219-267-8143 | Trade debt | | $308,589.87 |

26932341_2

In re **Northern Berkshire Healthcare, Inc.,** Debtor     Case No. 11- _____

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| Creditor | Address | Nature of Claim | | Amount |
|---|---|---|---|---|
| Williamstown Medical Associates | Williamstown Medical Associates<br>Attn: Joanne Gorman<br>197 Adams Road<br>Williamstown, MA 01267<br>413-664-5706 | Note | | $266,130 |
| Constellation New Energy, Inc. | Constellation New Energy, Inc.<br>Attn: Jason Thomas<br>14217 Collections Center Dr.<br>Chicago, IL 60693<br>617-717-7938 | Trade debt | | $173,231.57 |
| Sodexho USA | Sodexho USA<br>Attn: David Marquis<br>9801 Washingtonian Boulevard<br>Gaithersburg, MD 20878<br>800-432-6663 | Trade debt | | $150,874.11 |
| National Wound Care & Hyperbaric | National Wound Care & Hyperbaric<br>Attn: James M. Tyler<br>4850 T-Rex Avenue, Suite 300<br>Boca Rotan, FL 33431<br>561-994-1174 | Trade debt | | $145,315 |
| Sound Physicians of Massachusetts | Sound Physicians of Massachusetts<br>Attn: Kathleen Ditcharo<br>1124 Pacific Avenue<br>Tacoma, WA 98402<br>253-284-1862 | Trade debt | | $143,865.96 |
| Owens and Minor 71004099 | Owens and Minor 71004099<br>Attn: Victory Mallory<br>135 Constitution Boulevard<br>Franklin, MA 02038<br>804-965-5838 | Trade debt | | $115,072.91 |

26932341_2

In re  <u>Northern Berkshire Healthcare, Inc.,</u>  Case No. 11- _____
       Debtor

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| American Healthcare Services Assoc. | American Healthcare Services Assoc.<br>Attn: Katrina Dekker<br>10126 E. Cherry Bend Rd. Suite101<br>Traverse City, MI 49684<br>231-932-8660 x 104 | Trade debt | | $106,302.60 |
| Massachusetts Division of Unemployment | Massachusetts Division of Unemployment Revenue<br>19 Stanford Street, 5th Floor<br>Boston, MA 02114<br>617-626-5075 | Unemployment insurance | | $101,492.10 |
| FirstSource Solutions USA, LLC | FirstSource Solutions USA, LLC<br>Attn: Kathy Carter<br>8839 Reliable Parkway<br>Chicago, IL 60686-0088<br>800-866-8629 x4831 | Trade debt | | $95,413.88 |
| Medical Information Technology, Inc. | Medical Information Technology, Inc.<br>Attn: Lillian Vespa-Malkin<br>Meditech Circle<br>Westwood, MA 02090<br>781-821-3000 | Trade debt | | $94,810.79 |
| Philips Medical Capital | Philips Medical Capital<br>Attn: Raymond McCreavy<br>P.O. BOX 92449<br>Cleveland, OH 44193-0003<br>866-513-4762 | Trade debt | | $93,116.37 |
| Linc Health, Inc. | Linc Health, Inc.<br>Attn: Barbara Farrington<br>325 Hopping Brook Road<br>Holliston, MA 01746-1456<br>508-893-9500 X7117 | Trade debt | | $84,212.62 |

26932341_2

In re  Northern Berkshire Healthcare, Inc.,    Case No. 11- _____
Debtor

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| Creditor | Address | | Nature of Claim | | Amount |
|---|---|---|---|---|---|
| McKesson Drug Company | McKesson Drug Company<br>Attn: Paul Federico<br>Pharmacy Account<br>280 Dividend Road<br>Rocky Hill, Ct 06067<br>860-258-7232 | | Trade debt | | $77,437.57 |
| Specialty Laboratories, Inc. | Specialty Laboratories, Inc.<br>Attn: Anna Tutunjian<br>P.O. BOX 54920<br>Los Angeles, CA 90054-0920<br>661-799-6681 | | Trade debt | | $73,015.98 |
| Massachusetts Hospital Association | Massachusetts Hospital Association<br>Attn: Joe Kirkpatrick<br>5 New England Executive Park<br>Burlington, MA 01803<br>781-262-6000 | | Trade debt | | $72,461 |
| Schwartz Hannum PC | Schwartz Hannum PC<br>Attn: Charles F. McCannon, Jr.<br>11 Chestnut Street<br>Andover, MA 01810<br>987-623-0900 | | Professional fees | | $71,905.07 |
| Healthcare Services Management, Inc. | Healthcare Services Management, Inc.<br>Attn: Christopher Clark<br>1 Batterymarch Park<br>Suite 403<br>Quincy, MA 02169<br>781-749-4022 | | Trade debt | | $70,051.46 |
| The Weissman Group | The Weissman Group<br>Attn: Norm Weissman<br>353 Regency Ridge Drive,<br>Dayton, OH 45459-4252<br>937-435-0100 | | Professional fees | | $63,131.75 |
| Weatherby Locums, Inc. | Weatherby Locums, Inc.<br>Attn: Ryan McCabe<br>6451 N. Federal Highway,<br>Suite 800<br>Fort Lauderdale, FL 33308<br>954-837-2385 | | Trade debt | | $60,205.62 |

26932341_2

In re  <u>Northern Berkshire Healthcare, Inc.,</u>  Case No. 11- _____
Debtor

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| Creditor | Address | Nature | | Amount |
|---|---|---|---|---|
| City of North Adams | City of North Adams<br>Attn: Audry Dumas<br>Treasurer and Tax Office<br>City Hall<br>North Adams, MA 01247<br>413-662-3044 | Contract | | $55,937.08 |
| Siemens Healthcare Diagnostics, Inc. | Siemens Customer Financial Services<br>Attn: Sandy Raphalian<br>115 Norwood Park South<br>Norwood, MA 02062<br>800-241-0420 | Trade debt | | $54,430.62 |
| Siemens Financial Services, Inc. | Siemens Financial Services, Inc.<br>Attn: Customer Relations - Jacqueline Blair<br>51 Valley Stream Pkwy<br>Mailstop k-21<br>Malvern, PA 19355<br>866-249-4496 | Trade debt | | $49,182.25 |
| Blue Cross Blue Shield of Massachusetts | Blue Cross Blue Shield of Massachusetts<br>Attn: Samantha Provins<br>Landmark Center<br>401 Park Drive<br>Boston, MA 02215-3326<br>617-246-5820 | Trade debt | | $48,630.39 |
| Staff Care Inc. | Staff Care Inc.<br>Attn: Lynette Kehoe<br>222 W. Las Colinas Blvd<br>Suite 1230<br>Irving TX 75039<br>469-524-1473 | Trade debt | | $ 48,266.64 |

26932341_2

In re   Northern Berkshire Healthcare, Inc.,                    Case No. 11-_____
        Debtor

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: June 13, 2011

Signature _____

Christopher L. Hickey
Chief Financial Officer

26932341_2