# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re**                                    :        **Chapter 11**
:
**NORTHERN BERKSHIRE**                       :        **Case No. 11-_____ (      )**
**HEALTHCARE, INC.,**                        :
:
      **Debtor.**                            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re**                                    :        **Chapter 11**
:
**NORTH ADAMS REGIONAL**                     :        **Case No. 11-_____ (      )**
**HOSPITAL, INC.,**                          :
:
      **Debtor.**                            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re**                                    :        **Chapter 11**
:
**VISITING NURSE ASSOCIATION &**             :        **Case No. 11-_____ (      )**
**HOSPICE OF NORTHERN**                      :
**BERKSHIRE, INC.,**                         :
:
      **Debtor.**                            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re**                                    :        **Chapter 11**
:
**NORTHERN BERKSHIRE REALTY,**               :        **Case No. 11-_____ (      )**
**INC.,**                                    :
:
      **Debtor.**                            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25196746_4

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re                                           :    Chapter 11
                                                :
NORTHERN BERKSHIRE                              :    Case No. 11-_____ (        )
HEALTHCARE PHYSICIANS GROUP,                    :
INC.,                                           :
                                                :
         Debtor.                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015 AND MLBR 1015-1

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order (the "Order") directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes; and upon the Declaration of Christopher L. Hickey in Support of Chapter 11 Petitions and First Day Motions and Applications, sworn to on June 13, 2011; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of the Motion being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

25196746_4

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and MLBR 1015-1, the Debtors' chapter 11 cases shall be jointly administered and consolidated for procedural purposes only.

3. The Clerk of the Court shall maintain one file and one docket for both of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Northern Berkshire Healthcare, Inc., Case No. 11-_____ (___).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re**                                  :     Chapter 11
:
**NORTHERN BERKSHIRE**                     :     Case No. 11-_____ (      )
**HEALTHCARE, INC.,** *et al.*,            :
:     **(Jointly Administered)**
Debtors.                           :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5. The Clerk of the Court shall make a separate docket entry on the chapter 11 case dockets of the NARH, VNA, NBR, and NBHPG substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Northern Berkshire Healthcare, Inc., North Adams Regional Hospital, Inc., Visiting Nurse Association & Hospice of Northern Berkshire, Inc., Northern Berkshire Realty, Inc., and Northern Berkshire Healthcare Physicians Group, Inc., which have

-3-

25196746_4

concurrently commenced chapter 11 cases.  The docket in the chapter 11 case of Northern Berkshire Healthcare, Inc., Case No. 11-_____ (____), should be consulted for all matters affecting this case.

6. The Debtors shall be permitted to file their monthly operating reports on a consolidated basis.

7. Notwithstanding the relief granted in the Order, any creditor filing a proof of claim against any of the Debtors shall file such proof of claim in such Debtor's chapter 11 case and not in the jointly administered case.

8. Nothing contained in the Motion or the Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, notwithstanding MLRB 1015-1(a).

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of the Order.

Dated: _____, Massachusetts
        _____, 2011

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE