**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
**In re**                                          :          **Chapter 11**
:
**NORTHERN BERKSHIRE**                 :          **Case No. 11-31114 (HJB)**
**HEALTHCARE, INC.,** *et al.,*[1]          :
:          **(Joint Administration Requested)**
          **Debtors.**                               :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON   )
                                            ) ss
COUNTY OF KING            )

I, Eamon Mason, being duly sworn, depose and state:

1.        I am a Senior Project Manager with The Garden City Group, Inc. ("GCG"), the proposed

claims and noticing agent for the debtors and debtors in possession (the "Debtors") in the above-

captioned proceeding.  Our business address is 815 Western Avenue, Suite 200, Seattle,

Washington 98104.

2.        On June 13, 2011, at the direction of Ropes & Gray LLP ("Ropes & Gray"), proposed

counsel for the Debtors, I caused a true and correct copy of the following document to be served

by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List Parties and

Utilities with available e-mail addresses) and by facsimile on the parties identified on Exhibit B

annexed hereto (Master Service List Parties, Banks and Utilities with available facsimile

numbers):

---

[1] The Debtors in these cases are Northern Berkshire Healthcare, Inc., North Adams Regional Hospital, Inc., Visiting
Nurse Association & Hospice of Northern Berkshire, Inc., Northern Berkshire Realty, Inc., and Northern Berkshire
Healthcare Physicians Group, Inc.

- **Notice of Matters Scheduled for Hearing on June 14, 2011, at 2 p.m. ("First Day Hearing Agenda")**.

3.      Exhibit C annexed hereto identifies those parties on Exhibits A and B to whom service by e-mail or facsimile was unsuccessful.  GCG has and will continue to make reasonable, good faith efforts to contact such parties by telephone.  To the extent updated contact information is obtained, the First Day Hearing Agenda has or will be sent to such parties by facsimile or email, as applicable.

4.      On June 13, 2011, also at the direction of Ropes & Gray, I caused true and correct copies of the following documents to be served by overnight delivery on the parties identified on Exhibit D annexed hereto (Master Service List Parties):

- **First Day Hearing Agenda**;

- **Motion for Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015 and MLBR 1015-1** [Docket No. 2];

- **Declaration of Christopher L. Hickey in Support of Chapter 11 Petitions and First Day Motions and Applications** [Docket No. 3];

- **Motion for Authority to (A) Continue Using Debtors' Bank Accounts, Business Forms, and Cash Management System; and (B) Waive or Suspend the Requirements of 11 U.S.C. § 345(b) ("Cash Management Motion")** [Docket No. 5];

- **Motion for Authority to Pay Wages, Compensation, Employee Benefits, and Other Related Obligations ("Wage Motion")** [Docket No. 6];

- **Motion for Order Establishing Case Management Procedures** [Docket No. 7];

- **Motion for Order (I) Authorizing the Debtors to Prepare (A) a Consolidated List of Creditors and (B) a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (II) Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Privacy Rules, and (III) Approving the Form and Manner of the Notice of Commencement** [Docket No. 9];

- **Motion for Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (B) Deeming Utility Providers Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment ("Utilities Motion")** [Docket No. 10];

- **Application to Retain GCG, Inc. as Claims, Noticing, and Balloting Agent for the Debtors** [Docket No. 11];

- **Motion for Order Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code (A) Authorizing the Debtors' Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 ("Cash Collateral Motion")** [Docket No. 20];

- **Motion filed by Debtor Northern Berkshire Healthcare, Inc. For Order Motion for Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals** [Docket No. 27]; and

- **Motion filed by Debtor Northern Berkshire Healthcare, Inc. For Authority Motion for Authority to Employ and Compensate Certain Professionals in the Ordinary Course of Business** [Docket No. 28].

5.    On June 13, 2011, also at the direction of Ropes & Gray, I caused true and correct copies of the following documents to be served by overnight delivery on the parties identified on Exhibit E annexed hereto (Banks):

- **Cash Management Motion;**

- **Wage Motion;**

- **Cash Collateral Motion;** and

- **First Day Hearing Agenda.**

6.    On June 13, 2011, also at the direction of Ropes & Gray, I caused true and correct copies of the following documents to be served by overnight delivery on the parties identified on Exhibit F annexed hereto (Utilities):

- **Utilities Motion;** and

- **First Day Hearing Agenda.**

7.      On June 13, 2011, also at the direction of Ropes & Gray, I caused a true and correct copy of the **First Day Hearing Agenda** to be served by overnight delivery on the parties identified on Exhibit G annexed hereto (Additional First Day Notice Parties).

8.      On June 13, 2011, also at the direction of Ropes & Gray, I caused true and correct copies of each of the Debtors' **Voluntary Petitions** [Docket No. 1 in each of the respective Debtors' chapter 11 cases] to be served by first class mail, postage prepaid, on the parties identified on Exhibit H annexed hereto (Internal Revenue Service and Securities Exchange Commission).

Signed in Seattle, Washington this                      /s/ Eamon Mason
13th day of June, 2011                                        Eamon Mason


Sworn to before me in Seattle, Washington this
13th day of June, 2011

  /s/ Loren T. Vine
Loren T. Vine
Notary Public, State of Washington
Residing in Seattle
License No. 150937
My Commission Expires: October 12, 2014

# EXHIBIT A

AMERICAN HEALTHCARE SERVICES ASSOC.
ATTN KATRINA DEKKER
10126 E CHERRY BEND RD STE101
TRAVERSE CITY MI 49684
email: kdekker@ahsa.us

BANK OF NEW YORK MELLON TRUST CO NA
ATTN CHI MA
222 BERKELEY ST 2ND FL
BOSTON MA 02116-3748
email: chicma@bankofny.com

BERKSHIRE HEALTH SYSTEMS
ATTN DARLENE RODOWICZ
725 NORTH ST
PITTSFIELD MA 01201
email: DRodowicz@bhs1.org

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
ATTN SAMANTHA PROVINS
LANDMARK CTR
401 PARK DR
BOSTON MA 02215-3326
email: Samantha.Provins@bcbsma.com

CARL MARKS ADVISORY GROUP LLC
ATTN MARK L CLASTER
900 THIRD AVE 33RD FL
NEW YORK NY 10022-4775
email: mclaster@carlmarks.com

CITY OF NORTH ADAMS
ATTN AUDRY DUMAS
TREASURER AND TAX OFFICE
CITY HALL
NORTH ADAMS MA 01247
email: treasurer_collector@northadams-ma.gov

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BUILDING, RM 4000, MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON DC 20460
email: fulton.scott@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
REGION 1
1 CONGRESS ST., STE 1100
BOSTON MA 02114-2023
email: dierker.carl@epa.gov

FIRSTSOURCE SOLUTIONS USA,LLC
ATTN KATHY CARTER
8839 RELIABLE PKWY
CHICAGO IL 60686-0088
email: kathy.carter@na.firstsource.com

HEALTHCARE SERVICES MANAGEMENT INC.
ATTN CHRISTOPHER CLARK
1 BATTERYMARCH PARK STE 403
QUINCY MA 02169

K&L GATES LLP
ATTN RICHARD S. MILLER
STATE ST FINANCIAL CENTER
599 LEXINGTON AVE
NEW YORK NY 10022-6030
email: richard.miller@klgates.com

MASSACHUSETTS HOSPITAL ASSOCIATION
ATTN JOE KIRKPATRICK
5 NEW ENGLAND EXECUTIVE PARK
BURLINGTON MA 01803
email: jkirkpatrick@mhalink.org

MASSACHUSETTS NURSES ASSOCIATION (MNA)
ATTN SHIRLEY ASTLE
340 TURNPIKE ST
CANTON MA 02021
email: region5@mnarn.org

MCKESSON DRUG COMPANY
ATTN PAUL FEDERICO
PHARMACY ACCOUNT
280 DIVIDEND RD
ROCKY HILL CT 06067
email: paul.federico@mckesson.com

MEDICAL INFORMATION TECHNOLOGY,INC.
ATTN LILLIAN VESPA-MALKIN
MEDITECH CIR
WESTWOOD, MA 02090
email: lvmalkin@meditech.com

NIXON PEABODY LLP
ATTN FRANK S. HAMBLETT
100 SUMMER ST
BOSTON MA 02110
email: fhamblett@nixonpeabody.com

NORTHERN BERKSHIRE HEALTHCARE, INC.
ATTN CHRISTOPHER HICKEY
71 HOSPITAL AVE
NORTH ADAMS MA 01247-2504
email: chickey@nbhealth.org

OFFICE OF ATTORNEY GEN. MARTHA COAKLEY
ATTN NORA MANN, ASST. ATTORNEY GENERAL
NON-PROFIT ORGS./PUBLIC CHARITIES DIV.
ONE ASHBURTON PL
BOSTON MA 02108
email: ago@state.ma.us

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K ST NW
WASHINGTON DC 20005-4026
email: askanatty@pbgc.gov

ROPES & GRAY LLP
ATTN JAMES A. WRIGHT, III
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
email: james.wright@ropesgray.com

ROPES & GRAY LLP
ATTN JONATHAN LACKOW
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
email: jonathan.lackow@ropesgray.com

ROPES & GRAY LLP
ATTN MATTHEW F. BURROWS
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
email: matthew.burrows@ropesgray.com

ROPES & GRAY LLP
ATTN STEVEN T. HOORT
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
email: steven.hoort@ropesgray.com

SCHIFF HARDIN LLP
ATTN RICHARD L. FRIMMER
233 S WACKER DR
STE 6600
CHICAGO IL 60606
email: RFrimmer@schiffhardin.com

SCHWARTZ HANNUM PC
ATTN CHARLES F. MCCANNON JR
11 CHESTNUT ST
ANDOVER MA 01810
email: CMcCannon@shpclaw.com

SECRETARY OF THE COMMONWEALTH
ATTN WILLIAM GALVIN
337 STATE HOUSE
BOSTON MA 02133
email: cis@sec.state.ma.us

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH ST, NW
WASHINGTON DC 20549
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
73 TREMONT ST, 6TH FL
BOSTON MA 02108
email: boston@sec.gov

SIEMENS HEALTHCARE DIAGNOSTICS, INC
ATTN SANDY RAPHALIAN
SIEMENS CUSTOMER FINANCIAL SERVICES
115 NORWOOD PARK S
NORWOOD MA 02062
email: Sandra.Raphalian@Siemens.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS
155 NORTH WACKER DR
CHICAGO IL 60606-1720
email: george.panagakis@skadden.com

SODEXHO USA
ATTN DAVID MARQUIS
9801 WASHINGTONIAN BLVD
GAITHERSBURG MD 20878
email: David.Marquis@sodexo.com

SOUND PHYSICIANS OF MASSACHUSETTS
ATTN KATHLEEN DITCHARO
1124 PACIFIC AVENUE
TACOMA WA 98402
email: kditcharo@soundphysicians.com

STAFF CARE INC
ATTN LYNETTE KEHOE
222 W LAS COLINAS BLVD STE 1230
IRVING TX 75039
email: Lynette.kehoe@staffcare.com

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
email: isabel.baumgarten@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN TAL SAPEIKA
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
email: nbhteam@gardencitygroup.com

THE WEISSMAN GROUP
ATTN NORM WEISSMAN
353 REGENCY RIDGE DR
DAYTON OH 45459-4252
email: NMWeissman@weissmangroup.com

US BANK CORPORATE TRUST BOSTON
ATTN ROBERT C.BUTZIER, VICE PRESIDENT
ONE FEDERAL ST 3RD FL
BOSTON MA 02110
email: robert.butzier@usbank.com

WEATHERBY LOCUMS, INC
ATTN RYAN MCCABE
6451 N FEDERAL HWY STE 800
FORT LAUDERDALE FL 33308
email: ryan.mccabe@weatherbylocums.com

WILLIAMSTOWN MEDICAL ASSOCIATES
ATTN JOANNE GORMAN
197 ADAMS RD
WILLIAMSTOWN MA 01267
email: asmeglin@wmamed.com

# EXHIBIT B

ADAMS CO-OPERATIVE BANK
ATTN: BRANCH MANAGER
31 EAGLE STREET
NORTH ADAMS MA 01247
FAX: 413-743-7645

AIRGAS EAST
P.O. BOX 827049
PHILADELPHIA PA 19182-7049
FAX: 617-495-4666

ALLIED WASTE
P.O. BOX 9001099
LOUISVILLE KY 40290-1099
FAX: 502-241-4030

AMERICAN HEALTHCARE SERVICES ASSOC.
ATTN KATRINA DEKKER
10126 E CHERRY BEND RD STE101
TRAVERSE CITY MI 49684
FAX: 231-932-8499

BANK OF BENNINGTON
ATTN: BRANCH MANAGER
155 NORTH STREET
BENNINGTON VT 05201
FAX: 802-442-1641

BANK OF NEW YORK (BONY)
1999 NBCS SERIES A BONDS W/BANK OF NY
CUSTOMER SERVICE
222 BERKELEY ST, 2ND FL
BOSTON MA 02116
FAX: 212-635-1799

BANK OF NEW YORK MELLON TRUST CO NA
ATTN CHI MA
222 BERKELEY ST 2ND FL
BOSTON MA 02116-3748
FAX: 617-351-2401

BERKSHIRE BANK
ATTN: BRANCH MANAGER
37 MAIN STREET
NORTH ADAMS MA 01247
FAX: 413-448-2082

BERKSHIRE GAS CO.
P.O. BOX 1500
AUGUSTA ME 04332-1500
FAX: 413-443-0546

BERKSHIRE GAS CO.
115 CHESHIRE ROAD
PITTSFIELD ME 01201
FAX: 413-443-0546

BERKSHIRE HEALTH SYSTEMS
ATTN DARLENE RODOWICZ
725 NORTH ST
PITTSFIELD MA 01201
FAX: 413-447-2206

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
ATTN SAMANTHA PROVINS
LANDMARK CTR
401 PARK DR
BOSTON MA 02215-3326
FAX: 617-246-5838

CARL MARKS ADVISORY GROUP LLC
ATTN MARK L CLASTER
900 THIRD AVE 33RD FL
NEW YORK NY 10022-4775
FAX: 908-781-6210

CITY OF NORTH ADAMS
10 MAIN STREET
NORTH ADAMS MA 01247
FAX: 413-662-3010

CITY OF NORTH ADAMS
ATTN AUDRY DUMAS
TREASURER AND TAX OFFICE
CITY HALL
NORTH ADAMS MA 01247
FAX: 413-269-0114

CITY OF NORTH ADAMS
ASSESSOR OFFICE
10 MAIN ST
NORTH ADAMS MA 01247
FAX: 413-662-3010

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF UNEMPLOYMENT ASSISTANCE
ATTN CHIEF COUNSEL, BANKRUPTCY UNIT
19 STANIFORD ST, 5TH FL
BOSTON MA 02114-2502
FAX: 617-727-3012

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF PUBLIC HEALTH
DIVISION OF HEALTH CARE QUALITY
99 CHAUNCY ST, 2ND FL
BSOTON MA 02111
FAX: 617-753-8049

CONSTELLATION NEW ENERGY INC.
14217 COLLECTIONS CENTER DR
CHICAGO IL 60693
FAX: 888-929-8750

CONSTELLATION NEW ENERGY, INC.
ATTN JASON THOMAS
14217 COLLECTIONS CTR DR
CHICAGO IL 60693
FAX: 617-772-7550

DEPUY ORTHOPAEDICS, INC.
ATTN JOYCE KEYES, MANAGER
PO BOX 988
700 ORTHOPEDIC DR
WARSAW IN 46581-0988
FAX: 574-371-4865

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BUILDING, RM 4000, MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON DC 20460
FAX: 202-564-8040

ENVIRONMENTAL PROTECTION AGENCY
REGION 1
1 CONGRESS ST., STE 1100
BOSTON MA 02114-2023
FAX: 617-918-1809

FIRSTSOURCE SOLUTIONS USA,LLC
ATTN KATHY CARTER
8839 RELIABLE PKWY
CHICAGO IL 60686-0088
FAX: 618-257-3855

HEALTHCARE SERVICES MANAGEMENT INC.
ATTN CHRISTOPHER CLARK
1 BATTERYMARCH PARK STE 403
QUINCY MA 02169
FAX: 617-507-1078

HESS CORPORATION
P.O. BOX 905243
CHARLOTTE NC 28290-5243
FAX: 212-536-8593

HESS CORPORATION
ATTN THOMAS P. THACKSTON, ASSOCIATE GC
ONE HESS PLAZA
WOODBRIDGE NY 07095
FAX: 732-750-6944

HOOSAC BANK
ATTN: BRANCH MANAGER
93 MAIN STREET
NORTH ADAMS MA 01247
FAX: 413-662-2110

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346
FAX: 267-941-1015

INTERNAL REVENUE SERVICE
JFK FEDERAL BUILDING
15 NEW SUDBURY ST
BOSTON MA 02203
FAX: 617-565-4959

K&L GATES LLP
ATTN RICHARD S. MILLER
STATE ST FINANCIAL CENTER
599 LEXINGTON AVE
NEW YORK NY 10022-6030
FAX: 212-536-3901

LINC HEALTH, INC.
ATTN BARBARA FARRINGTON
325 HOPPING BROOK RD
HOLLISTON MA 01746-1456
FAX: 508-893-2728

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
100 CAMBRIDGE ST, 7TH FL
BOSTON MA 02114-9564
FAX: 617-626-3796

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
75 FEDERAL STREET
10TH FL
BOSTON MA 02110
FAX: 617-451-2437

MASSACHUSETTS HEALTH AND
EDUCATIONAL FACILITIES AUTHORITY
99 SUMMER ST, STE 1000
BOSTON MA 02110-1240
FAX: 617-737-8366

MASSACHUSETTS HOSPITAL ASSOCIATION
ATTN JOE KIRKPATRICK
5 NEW ENGLAND EXECUTIVE PARK
BURLINGTON MA 01803
FAX: 781-262-6100

MASSACHUSETTS NURSES ASSOCIATION (MNA)
ATTN SHIRLEY ASTLE
340 TURNPIKE ST
CANTON MA 02021
FAX: 781-821-8255

MCKESSON DRUG COMPANY
ATTN PAUL FEDERICO
PHARMACY ACCOUNT
280 DIVIDEND RD
ROCKY HILL CT 06067
FAX: 860-258-7217

MEDICAL INFORMATION TECHNOLOGY,INC.
ATTN LILLIAN VESPA-MALKIN
MEDITECH CIR
WESTWOOD, MA 02090
FAX: 781-821-2199

NATIONAL GRID
NATIONAL GRID PROCESSING CENTER
WOBURN MA 01807-0005
FAX: 508-860-6400

NATIONAL GRID
ATTN LAWRENCE J. REILLY, SR. VP & GC
25 RESEARCH DRIVE
WESTBOROUGH MA 01582-0005
FAX: 508-389-2605

NATIONAL WOUND CARE & HYPERBARIC
ATTN JAMES M TYLER
4850 T-REX AVENUE STE 300
BOCA RATON FL 33431
FAX: 561-994-0182

NIXON PEABODY LLP
ATTN FRANK S. HAMBLETT
100 SUMMER ST
BOSTON MA 02110
FAX: 866-244-1532

NORTHERN BERKSHIRE HEALTHCARE, INC.
ATTN CHRISTOPHER HICKEY
71 HOSPITAL AVE
NORTH ADAMS MA 01247-2504
FAX: 413-663-6405

OFFICE OF ATTORNEY GEN. MARTHA COAKLEY
ATTN NORA MANN, ASST. ATTORNEY GENERAL
NON-PROFIT ORGS./PUBLIC CHARITIES DIV.
ONE ASHBURTON PL
BOSTON MA 02108
FAX: 617-727-5765

OFFICE OF THE UNITED STATES TRUSTEE
ATTN RICHARD T. KING
446 MAIN ST, 14TH FL
WORCESTER MA 01608
FAX: 508-793-0558

ONE COMMUNICATION
P.O. BOX 415721
BOSTON MA 02241
FAX: 585-697-2457

ONE COMMUNICATION
ATTN DAVID BERNDT, ASSOCIATE GC
5 WALL STREET
BURLINGTON MA 01803-4757
FAX: 585-697-2457

OWENS AND MINOR
71004099
ATTN VICTORY MALLORY
135 CONSTITUTION BLVD
FRANKLIN MA 02038
FAX: 508-520-2085

PENSION BENEFIT GUARANTY CORPORATION
ATTN DANIEL J. HUDSON
1200 K ST NW
WASHINGTON DC 20005-4026
FAX: 202-842-2643

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K ST NW
WASHINGTON DC 20005-4026
FAX: 202-326-4112

PHILIPS MEDICAL CAPITAL
ATTN RAYMOND MCCREAVY
PO BOX 92449
CLEVELAND OH 44193-0003
FAX: 440-483-2989

PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE IL 60055-0660
FAX: 203-837-2532

ROPES & GRAY LLP
ATTN JAMES A. WRIGHT, III
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
FAX: 617-235-9542

ROPES & GRAY LLP
ATTN JONATHAN LACKOW
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
FAX: 617-235-9732

ROPES & GRAY LLP
ATTN MATTHEW F. BURROWS
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
FAX: 617-235-0475

ROPES & GRAY LLP
ATTN STEVEN T. HOORT
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600
FAX: 617-235-0054

SCHIFF HARDIN LLP
ATTN RICHARD L. FRIMMER
233 S WACKER DR
STE 6600
CHICAGO IL 60606
FAX: 312-258-5600

SCHWARTZ HANNUM PC
ATTN CHARLES F. MCCANNON JR
11 CHESTNUT ST
ANDOVER MA 01810
FAX: 987-623-0908

SECRETARY OF THE COMMONWEALTH
ATTN WILLIAM GALVIN
337 STATE HOUSE
BOSTON MA 02133
FAX: 617-742-4722

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH ST, NW
WASHINGTON DC 20549
FAX: 202-343-1028

SECURITIES EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
73 TREMONT ST, 6TH FL
BOSTON MA 02108
FAX: 617-424-5940

SIEMENS FINANCIAL SERVICES, INC.
ATTN CUSTOMER RELATIONS
JACQUELINE BLAIR
51 VALLEY STREAM PKWY
MAILSTOP K-21
MALVERN PA 19355
FAX: 610-219-9766

SIEMENS HEALTHCARE DIAGNOSTICS, INC
ATTN SANDY RAPHALIAN
SIEMENS CUSTOMER FINANCIAL SERVICES
115 NORWOOD PARK S
NORWOOD MA 02062
FAX: 800-344-8981

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS
155 NORTH WACKER DR
CHICAGO IL 60606-1720
FAX: 312-407-8586

SODEXHO USA
ATTN DAVID MARQUIS
9801 WASHINGTONIAN BLVD
GAITHERSBURG MD 20878
FAX: 301-987-4438

SOUND PHYSICIANS OF MASSACHUSETTS
ATTN KATHLEEN DITCHARO
1124 PACIFIC AVENUE
TACOMA WA 98402
FAX: 253-276-0201

SOUTH ADAMS SAVINGS BANK
ATTN: BRANCH MANAGER
2 CENTER STREET
ADAMS MA 01220
FAX: 413-749-6125

SOVEREIGN BANK
ATTN: BRANCH MANAGER
BUSINESS CUSTOMER CONTACT CENTER
ONE SOVEREIGN WAY R11 EPV 02 23
EAST PROVIDENCE RI 02915
FAX: 401-274-2085

SPECIALTY LABORATORIES, INC.
ATTN ANNA TUTUNJIAN
PO BOX 54920
LOS ANGELES CA 90054-0920
FAX: 661-799-5256

STAFF CARE INC
ATTN LYNETTE KEHOE
222 W LAS COLINAS BLVD STE 1230
IRVING TX 75039
FAX: 469-524-1477

TD BANK, N.A.
ATTN: BRANCH MANAGER
90 MAIN STREET
NORTH ADAMS MA 01247
FAX: 207-761-8536

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554

THE GARDEN CITY GROUP, INC.
ATTN TAL SAPEIKA
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554

THE WEISSMAN GROUP
ATTN NORM WEISSMAN
353 REGENCY RIDGE DR
DAYTON OH 45459-4252
FAX: 937-435-7908

TIME WARNER CABLE
P.O. BOX 0377
BUFFALO NY 14240-0377
FAX: 203-328-4094

TIME WARNER CABLE
ATTN PRES., MANAGING OR GEN'L AGENT
60 COLUMBUS CIRCLE
16TH FL
NEW YORK NY 10023
FAX: 203-328-4094

UNITED STATES ATTORNEY
JOHN JOSEPH MOAKLEY US COURTHOUSE
ONE COURTHOUSE WAY, STE 9200
BOSTON MA 02210
FAX: 617-748-3953

US BANK CORPORATE TRUST BOSTON
ATTN ROBERT C.BUTZIER, VICE PRESIDENT
ONE FEDERAL ST 3RD FL
BOSTON MA 02110
FAX: 617-603-6640

VERIZON
P.O. BOX 1100
ALBANY NY 12250-0001
FAX: 518-433-0274

VERIZON WIRELESS
P.O. BOX 15062
ALBANY NY 12212-5062
FAX: 802-828-2222

WEATHERBY LOCUMS, INC
ATTN RYAN MCCABE
6451 N FEDERAL HWY STE 800
FORT LAUDERDALE FL 33308
FAX: 800-463-3169

WELLS FARGO BANK
ATTN GARY REAVIS
MAC-D1086-070
550 S TRYON ST
CHARLOTTEE NC 28202-4200
FAX: 704-410-8511

WILLIAMSTOWN MEDICAL ASSOCIATES
ATTN JOANNE GORMAN
197 ADAMS RD
WILLIAMSTOWN MA 01267
FAX: 413-458-3140

WILLIAMSTOWN SAVINGS BANK
ATTN: BRANCH MANAGER
795 MAIN STREET
WILLIAMSTOWN MA 01267
FAX: 413-458-3594

# EXHIBIT C

CONSTELLATION NEW ENERGY INC.
14217 COLLECTIONS CENTER DR
CHICAGO IL 60693
FAX: 888-929-8750

DEPUY ORTHOPAEDICS, INC.
ATTN JOYCE KEYES, MANAGER
PO BOX 988
700 ORTHOPEDIC DR
WARSAW IN 46581-0988
FAX: 574-371-4865

HOOSAC BANK
ATTN: BRANCH MANAGER
93 MAIN STREET
NORTH ADAMS MA 01247
FAX: 413-662-2110

INTERNAL REVENUE SERVICE
JFK FEDERAL BUILDING
15 NEW SUDBURY ST
BOSTON MA 02203
FAX: 617-565-4959

LINC HEALTH, INC.
ATTN BARBARA FARRINGTON
325 HOPPING BROOK RD
HOLLISTON MA 01746-1456
FAX: 508-893-2728

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
75 FEDERAL STREET
10TH FL
BOSTON MA 02110
FAX: 617-451-2437

MASSACHUSETTS HEALTH AND
EDUCATIONAL FACILITIES AUTHORITY
99 SUMMER ST, STE 1000
BOSTON MA 02110-1240
FAX: 617-737-8366

OWENS AND MINOR
71004099
ATTN VICTORY MALLORY
135 CONSTITUTION BLVD
FRANKLIN MA 02038
FAX: 508-520-2085

SOVEREIGN BANK
ATTN: BRANCH MANAGER
BUSINESS CUSTOMER CONTACT CENTER
ONE SOVEREIGN WAY R11 EPV 02 23
EAST PROVIDENCE RI 02915
FAX: 401-274-2085

TIME WARNER CABLE
P.O. BOX 0377
BUFFALO NY 14240-0377
FAX: 203-328-4094

TIME WARNER CABLE
ATTN PRES., MANAGING OR GEN'L AGENT
60 COLUMBUS CIRCLE
16TH FL
NEW YORK NY 10023
FAX: 203-328-4094

VERIZON
P.O. BOX 1100
ALBANY NY 12250-0001
FAX: 518-433-0274

# EXHIBIT D

AMERICAN HEALTHCARE SERVICES ASSOC.
ATTN KATRINA DEKKER
10126 E CHERRY BEND RD STE101
TRAVERSE CITY MI 49684

BANK OF NEW YORK (BONY)
1999 NBCS SERIES A BONDS W/BANK OF NY
CUSTOMER SERVICE
222 BERKELEY ST, 2ND FL
BOSTON MA 02116

BANK OF NEW YORK MELLON TRUST CO NA
ATTN CHI MA
222 BERKELEY ST 2ND FL
BOSTON MA 02116-3748

BERKSHIRE HEALTH SYSTEMS
ATTN DARLENE RODOWICZ
725 NORTH ST
PITTSFIELD MA 01201

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
ATTN SAMANTHA PROVINS
LANDMARK CTR
401 PARK DR
BOSTON MA 02215-3326

CARL MARKS ADVISORY GROUP LLC
ATTN MARK L CLASTER
900 THIRD AVE 33RD FL
NEW YORK NY 10022-4775

CITY OF NORTH ADAMS
ATTN AUDRY DUMAS
TREASURER AND TAX OFFICE
CITY HALL
NORTH ADAMS MA 01247

CITY OF NORTH ADAMS
ASSESSOR OFFICE
10 MAIN ST
NORTH ADAMS MA 01247

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF UNEMPLOYMENT ASSISTANCE
ATTN CHIEF COUNSEL, BANKRUPTCY UNIT
19 STANIFORD ST, 5TH FL
BOSTON MA 02114-2502

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF PUBLIC HEALTH
DIVISION OF HEALTH CARE QUALITY
99 CHAUNCY ST, 2ND FL
BSOTON MA 02111

CONSTELLATION NEW ENERGY, INC.
ATTN JASON THOMAS
14217 COLLECTIONS CTR DR
CHICAGO IL 60693

DEPUY ORTHOPAEDICS, INC.
ATTN JOYCE KEYES, MANAGER
PO BOX 988
700 ORTHOPEDIC DR
WARSAW IN 46581-0988

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BUILDING, RM 4000, MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON DC 20460

ENVIRONMENTAL PROTECTION AGENCY
REGION 1
1 CONGRESS ST., STE 1100
BOSTON MA 02114-2023

FIRSTSOURCE SOLUTIONS USA,LLC
ATTN KATHY CARTER
8839 RELIABLE PKWY
CHICAGO IL 60686-0088

HEALTHCARE SERVICES MANAGEMENT INC.
ATTN CHRISTOPHER CLARK
1 BATTERYMARCH PARK STE 403
QUINCY MA 02169

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
JFK FEDERAL BUILDING
15 NEW SUDBURY ST
BOSTON MA 02203

K&L GATES LLP
ATTN RICHARD S. MILLER
STATE ST FINANCIAL CENTER
599 LEXINGTON AVE
NEW YORK NY 10022-6030

LINC HEALTH, INC.
ATTN BARBARA FARRINGTON
325 HOPPING BROOK RD
HOLLISTON MA 01746-1456

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
100 CAMBRIDGE ST, 7TH FL
BOSTON MA 02114-9564

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
75 FEDERAL STREET
10TH FL
BOSTON MA 02110

MASSACHUSETTS HEALTH AND
EDUCATIONAL FACILITIES AUTHORITY
99 SUMMER ST, STE 1000
BOSTON MA 02110-1240

MASSACHUSETTS HOSPITAL ASSOCIATION
ATTN JOE KIRKPATRICK
5 NEW ENGLAND EXECUTIVE PARK
BURLINGTON MA 01803

MASSACHUSETTS NURSES ASSOCIATION (MNA)
ATTN SHIRLEY ASTLE
340 TURNPIKE ST
CANTON MA 02021

MCKESSON DRUG COMPANY
ATTN PAUL FEDERICO
PHARMACY ACCOUNT
280 DIVIDEND RD
ROCKY HILL CT 06067

MEDICAL INFORMATION TECHNOLOGY,INC.
ATTN LILLIAN VESPA-MALKIN
MEDITECH CIR
WESTWOOD, MA 02090

NATIONAL WOUND CARE & HYPERBARIC
ATTN JAMES M TYLER
4850 T-REX AVENUE STE 300
BOCA RATON FL 33431

NIXON PEABODY LLP
ATTN FRANK S. HAMBLETT
100 SUMMER ST
BOSTON MA 02110

NORTHERN BERKSHIRE HEALTHCARE, INC.
ATTN CHRISTOPHER HICKEY
71 HOSPITAL AVE
NORTH ADAMS MA 01247-2504

OFFICE OF ATTORNEY GEN. MARTHA COAKLEY
ATTN NORA MANN, ASST. ATTORNEY GENERAL
NON-PROFIT ORGS./PUBLIC CHARITIES DIV.
ONE ASHBURTON PL
BOSTON MA 02108

OFFICE OF THE UNITED STATES TRUSTEE
ATTN RICHARD T. KING
446 MAIN ST, 14TH FL
WORCESTER MA 01608

OWENS AND MINOR
71004099
ATTN VICTORY MALLORY
135 CONSTITUTION BLVD
FRANKLIN MA 02038

PENSION BENEFIT GUARANTY CORPORATION
ATTN DANIEL J. HUDSON
1200 K ST NW
WASHINGTON DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K ST NW
WASHINGTON DC 20005-4026

PHILIPS MEDICAL CAPITAL
ATTN RAYMOND MCCREAVY
PO BOX 92449
CLEVELAND OH 44193-0003

ROPES & GRAY LLP
ATTN JAMES A. WRIGHT, III
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600

ROPES & GRAY LLP
ATTN JONATHAN LACKOW
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600

ROPES & GRAY LLP
ATTN MATTHEW F. BURROWS
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600

ROPES & GRAY LLP
ATTN STEVEN T. HOORT
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON MA 02199-3600

SCHIFF HARDIN LLP
ATTN RICHARD L. FRIMMER
233 S WACKER DR
STE 6600
CHICAGO IL 60606

SCHWARTZ HANNUM PC
ATTN CHARLES F. MCCANNON JR
11 CHESTNUT ST
ANDOVER MA 01810

SECRETARY OF THE COMMONWEALTH
ATTN WILLIAM GALVIN
337 STATE HOUSE
BOSTON MA 02133

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH ST, NW
WASHINGTON DC 20549

SECURITIES EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
73 TREMONT ST, 6TH FL
BOSTON MA 02108

SIEMENS FINANCIAL SERVICES, INC.
ATTN CUSTOMER RELATIONS
JACQUELINE BLAIR
51 VALLEY STREAM PKWY
MAILSTOP K-21
MALVERN PA 19355

SIEMENS HEALTHCARE DIAGNOSTICS, INC
ATTN SANDY RAPHALIAN
SIEMENS CUSTOMER FINANCIAL SERVICES
115 NORWOOD PARK S
NORWOOD MA 02062

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS
155 NORTH WACKER DR
CHICAGO IL 60606-1720

SODEXHO USA
ATTN DAVID MARQUIS
9801 WASHINGTONIAN BLVD
GAITHERSBURG MD 20878

SOUND PHYSICIANS OF MASSACHUSETTS
ATTN KATHLEEN DITCHARO
1124 PACIFIC AVENUE
TACOMA WA 98402

SPECIALTY LABORATORIES, INC.
ATTN ANNA TUTUNJIAN
PO BOX 54920
LOS ANGELES CA 90054-0920

STAFF CARE INC
ATTN LYNETTE KEHOE
222 W LAS COLINAS BLVD STE 1230
IRVING TX 75039

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042

THE GARDEN CITY GROUP, INC.
ATTN TAL SAPEIKA
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042

THE WEISSMAN GROUP
ATTN NORM WEISSMAN
353 REGENCY RIDGE DR
DAYTON OH 45459-4252

UNITED STATES ATTORNEY
JOHN JOSEPH MOAKLEY US COURTHOUSE
ONE COURTHOUSE WAY, STE 9200
BOSTON MA 02210

US BANK CORPORATE TRUST BOSTON
ATTN ROBERT C.BUTZIER, VICE PRESIDENT
ONE FEDERAL ST 3RD FL
BOSTON MA 02110

WEATHERBY LOCUMS, INC
ATTN RYAN MCCABE
6451 N FEDERAL HWY STE 800
FORT LAUDERDALE FL 33308

WELLS FARGO BANK
ATTN GARY REAVIS
MAC-D1086-070
550 S TRYON ST
CHARLOTTEE NC 28202-4200

WILLIAMSTOWN MEDICAL ASSOCIATES
ATTN JOANNE GORMAN
197 ADAMS RD
WILLIAMSTOWN MA 01267

# EXHIBIT E

ADAMS CO-OPERATIVE BANK
ATTN: BRANCH MANAGER
31 EAGLE STREET
NORTH ADAMS MA 01247

BANK OF BENNINGTON
ATTN: BRANCH MANAGER
155 NORTH STREET
BENNINGTON VT 05201

BERKSHIRE BANK
ATTN: BRANCH MANAGER
37 MAIN STREET
NORTH ADAMS MA 01247

HOOSAC BANK
ATTN: BRANCH MANAGER
93 MAIN STREET
NORTH ADAMS MA 01247

SOUTH ADAMS SAVINGS BANK
ATTN: BRANCH MANAGER
2 CENTER STREET
ADAMS MA 01220

SOVEREIGN BANK
ATTN: BRANCH MANAGER
BUSINESS CUSTOMER CONTACT CENTER
ONE SOVEREIGN WAY R11 EPV 02 23
EAST PROVIDENCE RI 02915

TD BANK, N.A.
ATTN: BRANCH MANAGER
90 MAIN STREET
NORTH ADAMS MA 01247

WILLIAMSTOWN SAVINGS BANK
ATTN: BRANCH MANAGER
795 MAIN STREET
WILLIAMSTOWN MA 01267

# EXHIBIT F

AIRGAS EAST
P.O. BOX 827049
PHILADELPHIA PA 19182-7049

ALLIED WASTE
P.O. BOX 9001099
LOUISVILLE KY 40290-1099

BERKSHIRE GAS CO.
P.O. BOX 1500
AUGUSTA ME 04332-1500

BERKSHIRE GAS CO.
115 CHESHIRE ROAD
PITTSFIELD ME 01201

CITY OF NORTH ADAMS
10 MAIN STREET
NORTH ADAMS MA 01247

CONSTELLATION NEW ENERGY INC.
14217 COLLECTIONS CENTER DR
CHICAGO IL 60693

HESS CORPORATION
P.O. BOX 905243
CHARLOTTE NC 28290-5243

HESS CORPORATION
ATTN THOMAS P. THACKSTON, ASSOCIATE GC
ONE HESS PLAZA
WOODBRIDGE NY 07095

NATIONAL GRID
NATIONAL GRID PROCESSING CENTER
WOBURN MA 01807-0005

NATIONAL GRID
ATTN LAWRENCE J. REILLY, SR. VP & GC
25 RESEARCH DRIVE
WESTBOROUGH MA 01582-0005

ONE COMMUNICATION
P.O. BOX 415721
BOSTON MA 02241

ONE COMMUNICATION
ATTN DAVID BERNDT, ASSOCIATE GC
5 WALL STREET
BURLINGTON MA 01803-4757

PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE IL 60055-0660

TIME WARNER CABLE
P.O. BOX 0377
BUFFALO NY 14240-0377

TIME WARNER CABLE
ATTN PRES., MANAGING OR GEN'L AGENT
60 COLUMBUS CIRCLE
16TH FL
NEW YORK NY 10023

VERIZON
P.O. BOX 1100
ALBANY NY 12250-0001

VERIZON WIRELESS
P.O. BOX 15062
ALBANY NY 12212-5062

# EXHIBIT G

AMERICORP FINANCIAL
ATTN: PRESIDENT OR GENERAL COUNSEL
877 S. ADAMS ROAD
BRIMINGHAM MI 48009-7029

BERKSHIRE HEALTH SYSTEMS
ATTN: PRESIDENT OR GENERAL COUNSEL
725 NORTH STREET
PITTSFIELD MA 01201

CALFIRST
ATTN: PRESIDENT OR GENERAL COUNSEL
18201 VON KARMAN AVENUE
SUITE 800
IRVINE CA 92612

CIT TECHNOLOGY FINANCING SERVICES INC
ATTN: PRESIDENT OR GENERAL COUNSEL
10201 CENTURION PARKWAY N
JACKSONVILLE FL 32256

HEWLETT PACKARD FIHNANCIAL SERVICES
ATTN: PRESIDENT OR GENERAL COUNSEL
420 MOUNTAIN AVENUE
MURRAY HILL NJ 07947

JULES & ASSOCIATES, INC.
ATTN: PRESIDENT OR GENERAL COUNSEL
515 SO. FIGUEROA STREET
SUITE 1950
LOS ANGELES CA 90071

MEDITECH
ATTN: PRESIDENT OR GENERAL COUNSEL
MEDITECH CIRCLE
WESTWOOD MA 02090

OLYMPUS
ATTN: PRESIDENT OR GENERAL COUNSEL
3500 CORPORATE PARKWAY
CENTER VALLEY PA 18034-0610

SOUTH ADAMS SAVINGS BANK
ATTN: PRESIDENT OR GENERAL COUNSEL
2 CENTER STREET
PO BOX 306
ADAMS MA 01201

THERMOFISHER
ATTN: PRESIDENT OR GENERAL COUNSEL
81 WYMAN STREET
WLATHAM MA 02454

US BANK
ATTN: PRESIDENT OR GENERAL COUNSEL
SUITE 100
13010 SW 68TH PARKWAY
PORTLAND OR 97223

WILLIAMSTOWN MEDICAL ASSOCIATES
ATTN: PRESIDENT OR GENERAL COUNSEL
197 ADAMS ROAD
WILLIAMSTOWN MA 01267

# EXHIBIT H

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH ST, NW
WASHINGTON DC 20549