UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| **NORTHERN BERKSHIRE HEALTHCARE, INC.** | ) Chapter 11 |
|  | ) Case No. 11-31114-HJB |
| Debtor | ) |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
OF UNSECURED CREDITORS' COMMITTEE**

The United States Trustee, through his undersigned counsel, submits this Notice regarding the appointment of an unsecured creditors' committee as contemplated by 11 U.S.C. § 1102(a)(1). The following creditors have been appointed to the Committee:

Mckesson Drug Co.
c/o Paul Federico
280 Dividend Road
Rocky Hill, CT 060067
Tel:  860-258-7232
Fax: 860-258-7217
Email: paul.federico@mckesson.com

Williamstown Medical Associates, PC
c/o Anthony Smeglin, MD, President
197 Adams Road
Williamstown, MA 01267
Tel:  413-458-8182
Fax: 413-664-5772
Email: asmeglin@wmamed.com

Sodexo USA f/k/a Sodexho USA
c/o Brad Hamman
283 Cranes Roost Blvd.
Suite 260
Altamonte Springs, FL 32701
Tel:  407-339-3230
Fax: 407-260-2305
Email: brad.hamman@sodexo.com

1199 SEIU United Healthcare Workers
East MA Division
c/o Tyrek Lee, Sr., Vice President
150 Mount Vernon Street, Suite 300
Dorchester, MA 02125
Tel:  617-284-1199
Fax: 617-474-7150
Email: tyrek.lee@1199.org

National Wound Care & Hyperbaric Services, Inc.
c/o Rodger Hochman, Secretary & General Counsel
4850 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
Tel:  561-994-1174
Fax: 561-994-0182
Email: rodger.hochman@nationalhealing.com

        **Respectfully submitted,**

        **WILLIAM K. HARRINGTON**
        **United States Trustee, Region 1**

        **By:      /s/   Richard T. King**
        **Richard T. King (BBO #549382)**
        **Assistant U.S. Trustee**
        **United States Department of Justice**
        **Office of the United States Trustee**
        **446 Main Street, 14th Floor**
        **Worcester, MA 01608**
        **Telephone: (508) 793-0555**
        **Facsimile:   (508) 793-0558**
        **Email: richard.t.king@usdoj.gov**

**Dated:  June 21, 2011**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of June, 2011, a copy of the foregoing United States Trustee's Notice of Appointment of Unsecured Creditors' Committee was served via first class mail, postage pre-paid and/or via ECF upon the following:

James Addison Wright, III
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: james.wright@ropesgray.com

Northern Berkshire Healthcare, Inc.
71 Hospital Avenue
North Adams, MA 01247

Joseph H. Baldiga
MIRICK, O'CONNELL, DeMALLIE, LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581
jbaldiga@mirickoconnell.com

Ann E Chernicoff
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
achernicoff@nixonpeabody.com

Eben P. Colby
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
ecolby@skadden.com

Steven T. Hoort
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Steven.Hoort@ropesgray.com

Karen V Newbury
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312.258.5522
knewbury@schiffhardin.com

David J. Reier
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6145
(617) 722-4937 (fax)
dreier@pbl.com

Mackenzie Shea
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3250
(617) 261-3175 (fax)
mackenzie.shea@klgates.com

Mckesson Drug Co.
c/o Paul Federico
280 Dividend Road
Rocky Hill, CT 060067

Williamstown Medical Associates, PC
c/o Anthony Smeglin, MD, President
197 Adams Road
Williamstown, MA 01267

Sodexo USA f/k/a Sodexho USA
c/o Brad Hamman
283 Cranes Roost Blvd.
Suite 260
Altamonte Springs, FL 32701

1199 SEIU United Healthcare Workers
East MA Division
c/o Tyrek Lee, Sr., Vice President
150 Mount Vernon Street, Suite 300
Dorchester, MA 02125

National Wound Care & Hyperbaric Services, Inc.
c/o Rodger Hochman, Secretary & General Counsel
4850 T-Rex Avenue, Suite 300
Boca Raton, FL 33431

Jeffrey Sternklar, Esq.
Duane Morris, LP
470 Atlantic Avenue
Suite 500
Boston, MA 02210

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114


Dated:  June 21, 2011                             /s/   Richard T. King
                                                  Richard T. King