**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(WESTERN DIVISION)**

| | |
|---|---|
| In re: )<br>)<br>) | Chapter 11 |
| NORTHERN BERKSHIRE HEALTHCARE, )<br>INC., *et al.*, ) | Case No. 11-31114(HJB) |
| ) | (Jointly Administered) |
| Debtor. ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Jeffrey D. Sternklar of the law firm of Duane Morris LLP, hereby enters his appearance, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and MLBR 9010-3, as proposed counsel for the Official Committee of Unsecured Creditors of Northern Berkshire Healthcare, Inc, and its affiliated debtors and debtors-in-possession.

**PLEASE TAKE FURTHER NOTICE** that such counsel hereby requests, pursuant to, among other provisions, 11 U.S.C. § 1109(b) and MLBR 9010-3(c), that copies of all notices and pleadings filed in these cases be given and served at the address, telephone and facsimile number or electronic mail addresses indicated:

> Jeffrey D. Sternklar
> **DUANE MORRIS LLP**
> 470 Atlantic Avenue, Suite 500
> Boston, Massachusetts 02210
> 857-488-4200 (telephone)
> 857-401-3034 (facsimile)
> jdsternklar@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and/or in the Local Rules of the United States Bankruptcy Court for the District of Massachusetts, but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated:  June 29, 2011                                  Respectfully Submitted,

                                                       **DUANE MORRIS LLP**


                                                        /s/ Jeffrey D. Sternklar
                                                       Jeffrey D. Sternklar (BBO#549561)
                                                       DUANE MORRIS LLP
                                                       470 Atlantic Avenue, Suite 500
                                                       Boston, MA  02210
                                                       Telephone:     (857) 488-4200
                                                       Facsimile:     (857) 401-3034
                                                       Email: jdsternklar@duanemorris.com

                                                       Proposed *Counsel to the Official Committee of Unsecured Creditors*

# **CERTIFICATE OF SERVICE**

I, Jeffrey D. Sternklar, hereby certify that on this 29th day of June, 2011, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served: (i) via ECF, upon the following parties and their counsel who are registered in the above-captioned case to receive notice via ECF:

- Joseph H. Baldiga    bankrupt@mirickoconnell.com
- Janet E. Bostwick    jeb@bostwicklaw.com
- Ann E Chernicoff    achernicoff@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com
- Eben P. Colby    ecolby@skadden.com, tholden@skadden.com
- John Holland Ginsberg    ginsberg.john@pbgc.gov, efile@pbgc.gov
- Karen L. Goodwin    karen.goodwin@usdoj.gov
- Steven T. Hoort    Steven.Hoort@ropesgray.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Jonathan Lackow    jonathan.lackow@ropesgray.com, matthew.burrows@ropesgray.com
- Richard S Miller    richard.miller@klgates.com
- Eric T Moser    eric.moser@klgates.com, klgatesbankruptcy@klgates.com
- Karen V Newbury    knewbury@schiffhardin.com, rfrimmer@schiffhardin.com;egeekie@schiffhardin.com; jeaton@schiffhardin.com
- David J. Reier    dreier@pbl.com
- Mackenzie Shea    mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- James Addison Wright    james.wright@ropesgray.com, jonathan.reisman@ropesgray.com

and (ii) via United States first class mail, postage prepaid, upon the following entities:

Richard T. King
United States Trustee
446 Main Street, 14th floor
Worcester, MA 01608

Anthony Smeglin
197 Adams Road
Williamstown, MA 01267

/s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar