# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| NORTHERN BERKSHIRE HEALTHCARE,INC, ) | |
| NORTH ADAMS REGIONAL HOSPITAL, INC ) | CHAPTER 7 |
| NORTHERN BERKSHIRE HEALTHCARE PHYSIC ) | CASE #11-31114-edk |
| NORTHERN BERKSHIRE REALTY ) | |
| DEBTORS ) | |
| ) | |

## ORDER APPROVING CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

The Trustee's Final Account And Distribution Report Certification That The Estate Has Been Fully Administered And Application To Be Discharged (TDR) having been submitted by the trustee to the United States Trustee, along with all canceled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the Trustee's Final Account And Distribution Report is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. §350(a) and FRBP 5009.

Dated:_____

_____  03/25/2020
Elizabeth D. Katz,
U.S. Bankruptcy Judge